# Kelly O'Leary

ATTORNEY AT LAW

April 12, 2022

RE: Jacob Linhares

Dear Judge Woodlock,

In 2019 I had the opportunity to represent Jacob in matter out of Orleans District Court. During that time, I had the privilege Of getting to know Jacob. He was always forthright and honest with me. Also, during this time, I had the opportunity to meet with and get to know his family. His family is tight knit and they love one another immensely. Jacob is loved and respected by his siblings and by his nieces and nephews. I never had the opportunity to meet Jacob's children, no doubt they adore him as well.

In the matter that I represented Jacob on, the complaining witness recanted her story, and the case was ultimately dismissed. However, the charges resulted in a violation of his probation on an unrelated matter. Although the complaining witness had a valid Fifth, she chose not to invoke it and to testify on Jacob's behalf. The complaining witness testified that she had made up the allegations. I did not represent Jacob at that hearing, but I was present to testify on Jake's behalf if his attorney or the Court wanted me to testify regarding the underlying case.

During this time, I had the opportunity to spend time with his then girlfriend Jackie Mahoney. They were clearly in love then and now. I can hear the love they have for one another when I speak with either of them on the phone. Although my feelings were hurt that I had not been invited to their wedding, (I have been told it was just the two of them), I was so happy to hear that they had tied the knot. They are very much devoted to one another.

I wish I had had know about their living situation before the events before the court today. I had told both Jacob and Jackie that if they ever needed help with anything that I was always only a phone call away. That I would be happy to help them in any way I was able to. I would have offered them an empty room in my house until they could have found more appropriate and safer accommodations. My offer of assistance from 2019 remains in effect now, when Jacob is released and thereafter.

I have great faith in Jacob's abilities to make a wonderful life for Jackie and himself upon his release.

Please contact me with any questions at the number below.

Sincerely,

*Kelly O'Leary, Esquire*
Kelly O'Leary, Esquire

•Mailing address: 15 Tuspaquin Road, Mashpee MA 02649•
• Phone 978.764.5357•
• Email Attorneyoleary@outlook.com•